UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Tran H.T.B.N., | |
| Petitioner, | Civil No. 26-1015 (JRT/JFD) |
| v. | |
| DAVID EASTERWOOD, *Acting Director of Enforcement and Removal Operations, St. Paul Field Office, Immigration and Customs Enforcement*; and | |
| JOEL D. GARCIA, *Field Office Director, El Paso Field Office, U.S. Immigration and Customs Enforcement* | |
| TODD M. LYONS, *Acting Director, Immigration and Customs Enforcement*; | **ORDER** |
| KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; | |
| U.S. DEPARTMENT OF HOMELAND SECURITY | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, and | |
| PAMELA BONDI, *U.S. Attorney General*; | |
| Respondents. | |

---

Petitioner is a citizen of Vietnam who has lived in the United States since 2012. ICE arrested the Petitioner on January 22, 2026. On February 3, 2026, Petitioner filed a Verified Petition for a Writ of Habeas Corpus. (Docket No. 1). The Petition (*id.* at 2) and

the ICE Detainee Locator both indicate that Petitioner is currently located in El Paso, Texas at Camp East Montana.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. Respondents are **ORDERED** to immediately return Petitioner to Minnesota.

    a. After Petitioner's return, Respondents are **ENJOINED** from removing, transferring, or otherwise facilitating the removal of Petitioner from the District of Minnesota until the Court issues an order on the pending Petition for Writ of Habeas Corpus (Docket No. [1]).

    b. Respondents may request permission from the Court to move Petitioner if unforeseen or emergency circumstances arise which require Petitioner to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Petitioner.

2. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner by **no later than 5:00 p.m. February 6, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

3. Respondents' answer must include:

    a.    Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

    b.    A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

    c.    Respondents' recommendation on whether an evidentiary hearing should be conducted;

    d.    Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Avila v. Bondi*, No. 25-CV-3741 (JRT/SGE), 2025 WL 2976539 (D. Minn. Oct. 21, 2025); and

    e.    Whether the absence of a warrant preceding Petitioner's arrest necessitates Petitioner's immediate release.  *See e.g.*, *Ahmed M. v. Bondi*, No. 25-4711, 2026 WL 25627, at *3 (D. Minn. Jan. 5, 2026).

4.    Any reply to Respondents' answer must be filed **no later than 5:00 p.m. on February 7, 2026**.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

DATED:  February 4, 2026　　　　　　　　　　　　　　　/s/ John R. Tunheim
at Minneapolis, Minnesota.　　　　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge