# UNITED STATES DISTRICT COURT

## District of Minnesota

Tran Huynh Thuy Bao Nguyen,

Petitioner(s),

v.

David Easterwood, Joel D. Garcia, Todd Lyons, Kristi Noem, U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement and Pamela Bondi,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1015 JRT/JFD

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court's Order on Petitioner's Writ 1 has been satisfied.

Date: 2/20/2026

KATE M. FOGARTY, CLERK